Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-332

**Effective Date of Registration:**
November 15, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title
| | |
|---|---|
| **Title of Work:** | Death |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2003 |
| **Date of 1st Publication:** | January 05, 2003 |
| **Nation of 1st Publication:** | United Kingdom |

## Author
| | |
|---|---|
| **• Author:** | Andrew Dobell |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Andrew Dobell |
| | 11 Camilla Close, Bookham, Surrey, KT23 4BU, United Kingdom |

## Rights and Permissions
| | |
|---|---|
| **Name:** | Andrew Dobell |
| **Email:** | andrew@creativeedgestudios.co.uk |
| **Address:** | 11 Camilla Close |
| | Bookham |
| | Surrey KT23 4BU United Kingdom |

## Certification
| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 15, 2024 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-342

**Effective Date of Registration:**
November 15, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

**Title of Work:** Dead Mans Hand

## Completion/Publication

**Year of Completion:** 2003
**Date of 1st Publication:** January 05, 2003
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Andrew Dobell
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Andrew Dobell
11 Camilla Close, Bookham, Surrey, KT23 4BU, United Kingdom

## Rights and Permissions

**Name:** Andrew Dobell
**Email:** andrew@creativeedgestudios.co.uk
**Address:** 11 Camilla Close
Bookham
Surrey KT23 4BU United Kingdom

## Certification

**Name:** David Denholm
**Date:** November 15, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-417

**Effective Date of Registration:**
November 15, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title
    **Title of Work:** Flamin Skull

## Completion/Publication
    **Year of Completion:** 2003
    **Date of 1st Publication:** January 05, 2003
    **Nation of 1st Publication:** United Kingdom

## Author
-     **Author:** Andrew Dobell
    **Author Created:** 2-D artwork
    **Citizen of:** United Kingdom

## Copyright Claimant
    **Copyright Claimant:** Andrew Dobell
    11 Camilla Close, Bookham, Surrey, KT23 4BU, United Kingdom

## Rights and Permissions
    **Name:** Andrew Dobell
    **Email:** andrew@creativeedgestudios.co.uk
    **Address:** 11 Camilla Close
    Bookham
    Surrey KT23 4BU United Kingdom

## Certification
    **Name:** David Denholm
    **Date:** November 15, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-337**

**Effective Date of Registration:**
November 15, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

**Title of Work:** Beware the Bear

## Completion/Publication

**Year of Completion:** 2003
**Date of 1st Publication:** January 05, 2003
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Andrew Dobell
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Andrew Dobell
11 Camilla Close, Bookham, Surrey, KT23 4BU, United Kingdom

## Rights and Permissions

**Name:** Andrew Dobell
**Email:** andrew@creativeedgestudios.co.uk
**Address:** 11 Camilla Close
Bookham
Surrey KT23 4BU United Kingdom

## Certification

**Name:** David Denholm
**Date:** November 15, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-423-330**
**Effective Date of Registration:**
November 15, 2024
**Registration Decision Date:**
November 26, 2024

## Title
- **Title of Work:** Fangs

## Completion/Publication
- **Year of Completion:** 2003
- **Date of 1st Publication:** January 05, 2003
- **Nation of 1st Publication:** United Kingdom

## Author
- **Author:** Andrew Dobell
- **Author Created:** 2-D artwork
- **Citizen of:** United Kingdom

## Copyright Claimant
- **Copyright Claimant:** Andrew Dobell
  11 Camilla Close, Bookham, Surrey, KT23 4BU, United Kingdom

## Rights and Permissions
- **Name:** Andrew Dobell
- **Email:** andrew@creativeedgestudios.co.uk
- **Address:** 11 Camilla Close
  Bookham
  Surrey KT23 4BU United Kingdom

## Certification
- **Name:** David Denholm
- **Date:** November 15, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-338

**Effective Date of Registration:**
November 15, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

**Title of Work:** Desert Princess

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 01, 2015
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Andrew Dobell
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Andrew Dobell
11 Camilla Close, Bookham, Surrey, KT23 4BU, United Kingdom

## Rights and Permissions

**Name:** Andrew Dobell
**Email:** andrew@creativeedgestudios.co.uk
**Address:** 11 Camilla Close
Bookham
Surrey KT23 4BU United Kingdom

## Certification

**Name:** David Denholm
**Date:** November 15, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
## VA 2-423-334
**Effective Date of Registration:**
November 15, 2024
**Registration Decision Date:**
November 26, 2024

## Title
    **Title of Work:** Dragon Blade

## Completion/Publication
    **Year of Completion:** 2003
    **Date of 1st Publication:** January 05, 2003
    **Nation of 1st Publication:** United Kingdom

## Author
-     **Author:** Andrew Dobell
    **Author Created:** 2-D artwork
    **Citizen of:** United Kingdom

## Copyright Claimant
    **Copyright Claimant:** Andrew Dobell
    11 Camilla Close, Bookham, Surrey, KT23 4BU, United Kingdom

## Rights and Permissions
    **Name:** Andrew Dobell
    **Email:** andrew@creativeedgestudios.co.uk
    **Address:** 11 Camilla Close
    Bookham
    Surrey KT23 4BU United Kingdom

## Certification
    **Name:** David Denholm
    **Date:** November 15, 2024

